Andrew D. La Fiura, Esq. (Bar ID# 020112004)
John Scull, Esq. (Bar ID #239092017)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| MARLON CARBAJAL, | : | Civ. Action No. _____ |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| | : | **NOTICE OF COMPLIANCE** |
| McLANE COMPANY, INC.; MICHAEL WATSON; et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

TO:   William T. Walsh, Clerk of Court
　　　USDC for the District of New Jersey
　　　Martin Luther King Building
　　　 & U.S. Courthouse
　　　50 Walnut Street
　　　Newark, NJ 07101

　　　Mark R. Natale, Esq.
　　　Malamut & Associates LLC
　　　457 Haddonfield Road, Ste. 500
　　　Cherry Hill, New Jersey 08002
　　　Attorney for Plaintiff

　　　Pursuant to the requirements of 28 U.S.C. § 1446(d), on July 6, 2021, a Notice of Filing of Defendant's Petition for Removal, a true copy of which is attached hereto as Exhibit 1, has been sent to the Clerk of the Superior Court of New Jersey, Law Division, Burlington County, for filing.

2

        Respectfully submitted,

        **JACKSON LEWIS P.C.**

By:   /s/ Andrew D. La Fiura
        Andrew D. La Fiura, Esq. (020112004)
        John Scull, Esq. (239092017)

        Attorneys for Defendants McLane Company, Inc, and Michael Watson.

Dated: July 6, 2021

4837-7858-5072, v. 1